Anthony D. Lauria, Esq.
Nevada State Bar No. 4114
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
Tel: (916) 492-2000
Fax: (916) 492-2500
Email: Alauria@ltglaw.net

Southern Nevada Office:
601 South Seventh Street
Las Vegas, NV 89101

Attorneys for Defendants URGENT CARE EXTRA, LLC and
URGENT CARE EXTRA – TROPICANA & JONES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAMILA REJMAN,<br><br>     Plaintiff,<br><br>vs.<br><br>THOMAS SHANG, M.D., an Individual; URGENT CARE EXTRA, LLC, a Domestic Limited Liability Company; URGENT CARE EXTRA – TROPICANA & JONES, LLC, a Foreign Limited Liability Company,<br><br>     Defendants. | CASE NO. 2:15-CV-00367-JCM-GWF<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Plaintiff and Defendants, URGENT CARE EXTRA, LLC, a Domestic Limited Liability Company and URGENT CARE EXTRA – TROPICANA & JONES, LLC, a Foreign Limited Liability Company hereby stipulate and agree to extend the time period for Defendants URGENT CARE EXTRA, LLC, a Domestic Limited Liability Company and URGENT CARE EXTRA –

///

**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME**

PAGE 1 OF 3

TROPICANA & JONES, LLC, a Foreign Limited Liability Company, to respond to Plaintiff's Complaint until April 8, 2015.

Dated: 4/7/15                                        Dated: 4/7/15

DONATH & MEDRALA PROF. LLC                           LAURIA TOKUNAGA GATES & LINN, LLP


By   /s/ Jakub P. Medrala                            By      /s/ Anthony D. Lauria
    JAKUB P. MEDRALA, Esq.                              ANTHONY D. LAURIA
    Nevada Bar No. 12822                                 Nevada Bar No. 4114
1091 S. Cimarron Road, Suite A-1                     1755 Creekside Oaks Drive, Suite 240
Las Vegas, NV  89145                                 Sacramento, CA 95833
Tel. (702) 475-8884                                  Tel. (916) 492-2000
Attorneys for Plaintiff                              Attorneys for Defendants,
                                                         Urgent Care Extra, LLC and Urgent Care Extra –
                                                         Tropicana & Jones, LLC

**ORDER**

IT IS SO ORDERED.

Dated this __8th__ day of April, 2015.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME**