**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAMILA REJMAN, | Case No. 2:15-CV-367 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| THOMAS SHANG, M.D., et al., | |
| Defendant(s). | |

Presently before the court is defendant Thomas Shang, M.D.'s (hereinafter "defendant") motion demanding security of costs. (Doc. # 17). On April 17, 2015, plaintiff Kamila Rejman filed a notice of non-opposition to defendant's motion. (Doc. # 23).

In his motion, defendant asks that plaintiff, as a non-resident of the State of Nevada, be required to file security of costs in the amount of $500.00 for defendant's costs and charges which may be awarded in this case. (Doc. # 17). Plaintiff responds that she does not oppose defendant's demand for security of costs.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Thomas Shang's motion for demand for security of costs, (doc. # 17), be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiff shall post a security bond in the amount of $500.00 as to defendant Shang within seven days of the entry of this order.

DATED May 14, 2015.

_____
UNITED STATES DISTRICT JUDGE