1

2

3

4            **UNITED STATES DISTRICT COURT**

5              **DISTRICT OF NEVADA**

6

7    KAMILA REJMAN,                          )
                                             )
8                      Plaintiff,            )        Case No. 2:15-cv-00367-JCM-GWF
                                             )
9    vs.                                     )        **ORDER**
                                             )
10   THOMAS SHANG, M.D., *et al.*,           )
                                             )
11                     Defendant.            )
     _____)

12

13       This matter is before the Court on Plaintiff's Motion for Order Striking Defendant Thomas

14   Shang M.D.'s Notice of Non-Opposition to Defendant Thomas Shang, M.D.'s Motion for Summary

15   Judgment as to Plaintiff's First and Third Causes of Action; and For Imposition of Sanctions (#38),

16   filed on February 11, 2016.  Defendant Thomas Shang, M.D. filed an Opposition (#42) on February

17   19, 2016.  Upon review and consideration,

18       **IT IS HEREBY ORDERED** that Plaintiff's Motion for Order Striking Defendant Thomas

19   Shang M.D.'s Notice of Non-Opposition to Defendant Thomas Shang, M.D.'s Motion for Summary

20   Judgment as to Plaintiff's First and Third Causes of Action; and For Imposition of Sanctions (#38)

21   is **granted**, in part, as follows: The Clerk of the Court shall strike Defendant's Notice of Non-

22   Opposition (#37) from the record.  However, the Court will not impose sanctions on Defendant.

23       DATED this 23rd day of February, 2016.

24

25                                           _____
                                             GEORGE FOLEY, JR.
26                                           United States Magistrate Judge

27

28