# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KAMILA REJMAN, | ) |
| Plaintiff, | ) Case No. 2:15-cv-00367-JCM-GWF |
| vs. | ) **ORDER** |
| THOMAS SHANG, M.D., *et al.*, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion to Compel Defendant Thomas Shang, M.D.'s Response to Interrogatories and Requests for Production; to Extend Discovery Deadlines; and for Sanctions (#32), filed on January 23, 2016. Defendant filed an Opposition (#34) on February 8, 2016 and Plaintiff filed a Reply (#41) on February 18, 2016. The Court conducted a hearing in this matter on February 23, 2016. Based on the representations of counsel and the findings made on the record in open court,

**IT IS HEREBY ORDERED** that the rebuttal expert disclosure deadline shall be extended for fourteen (14) days, up to and including, **March 23, 2016**.

**IT IS FURTHER ORDERED** that the discovery cut-off date shall be extended for sixty (60) days, up to and including, **June 7, 2016**.

**IT IS FURTHER ORDERED** that the deadline to file dispositive motions is **July 7, 2016**.

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that the parties shall file a joint pretrial order no later than **August 8, 2016**. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the entry of a decision on the dispositive motions or further order of the Court.

DATED this 23rd day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge