Anthony D. Lauria, Esq.
Nevada Bar No. 4114
Kimberly L. Johnson, Esq.
Nevada Bar No. 10554
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
Tel: (916) 492-2000
Fax: (916) 492-2500

**Southern Nevada Office:**
601 South Seventh Street
Las Vegas, NV 89101
Tel: (702) 387-8633
Fax: (702) 387-8635

Attorneys for Defendants, URGENT CARE EXTRA, LLC and
URGENT CARE EXTRA – TROPICANA & JONES, LLC

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAMILA REJMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>THOMAS SHANG, M.D., an Individual; URGENT CARE EXTRA, LLC, a Domestic Limited Liability Company; URGENT CARE EXTRA – TROPICANA & JONES, LLC, a Foreign Limited Liability Company,<br><br>  Defendants. | CASE NO. 2:15-CV-00367-JCM-GWF<br><br>STIPULATION TO DISMISS WITH PREJUDICE AND PROPOSED ORDER |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff, KAMILA REJMAN, and all Defendants, THOMAS SHANG, M.D., URGENT CARE EXTRA, LLC, a Domestic Limited Liability Company; and URGENT CARE EXTRA – TROPICANA & JONES, LLC, a Foreign Limited Liability Company, by and through their respective attorneys of record, that

the above-entitled action be dismissed in its entirety, with all claims against all Defendants dismissed with prejudice, and each party to bear their own attorneys' fees and costs.

DATED this 27th day of ~~June~~ July, 2016.          DATED this 27th day of ~~June~~ July, 2016.

DONATH & MEDRALA, PROF. LLC                LAW OFFICE OF ARTHUR W. TUVERSON

JAKUB P. MEDRALA, Esq.                     ANASTASIA NOE, Esq.
Nevada Bar No. 12822                        Nevada Bar No. 5442
1091 S. Cimarron Road, Suite A-1            7201 West Lake Mead Boulevard, Suite 570
Las Vegas, Nevada 89145                     Las Vegas, Nevada 89128
*Attorneys for Plaintiff*                   *Attorneys for Defendant*
*Kamila Rejman*                             *Thomas Shang, M.D.*


DATED this 27th day of ~~June~~ July, 2016.

LAURIA TOKUNAGA GATES & LINN, llp


ANTHONY D. LAURIA, Esq.
Nevada Bar No. 4114
601 S. Seventh Street
Las Vegas, NV 89101
*Attorneys for Defendants,*
*Urgent Care Extra, LLC and*
*Urgent Care Extra – Tropicana & Jones*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: August 17, 2016